**Kattia Guadalupe ESCOBAR, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

Nos. 07–72843, 08–71777.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2008.

Filed July 15, 2009.

Christopher John Stender, Esquire, Stender & Pope, PC, Christopher John

Stender, Esquire, Stender & Lappin, San Diego, CA, for Petitioner.

Carol Federighi, Esquire, Senior Litigation Counsel, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Mona Maria Yousif, Trial, Washington, DC, CAS–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, GRABER, and WARDLAW, Circuit Judges.

MEMORANDUM *

Subsequent to the date of argument and submission, on January 22, 2009, petitioner submitted a motion to reopen to the Board of Immigration Appeals ("BIA"). The BIA's grant of this motion, prior to the issuance of our decision, rendered nonfinal the order of removal from which petitioner appealed. Accordingly, we lack jurisdiction under 8 U.S.C. § 1252 to entertain the petitions for review.

**PETITIONS DISMISSED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.